■ STATE OF NEW YORK, Appellant, v LINDSAY M. BOUTELLE et al., Respondents. [620 NYS2d 1017] —Appeal from an order of the Supreme Court (Keegan, J.), entered October 5, 1993 in *Albany County,* which, *inter alia,* denied plaintiff's motion for partial summary judgment.

Order affirmed, upon the opinion of Justice Thomas W. Keegan.

Cardona, P. J., Mikoll, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.